*519
 
 Nash, O. J.
 

 ¥e see no reason to disturb tbe judgment rendered below in this ease. The conditions of the bond on which the action is brought, have been complied with by the plaintiff. The defendant contends that the road has not been completed to Greenville, and until that is done he is not bound to pay the money secured by the bond. Hie completion of the road to Greenville Court House is a condition precedent, and it must be averred by the plaintiff in his declaration, and proved. The only question is, was the road so completed before the action was brought ? It appears from the case that the village of Greenville is called the Court House, and the road has been built so as to carry freight and passengers, since 1851, up to the suburbs; but that on different parts of the road, fills are not made, the road being carried over trestle-work. If this be a sufficient reason why the road is not completed, there is scarcely a road in the southern country, which is, or probably ever will be, completed. The line of roads in the eastern part of- the southern States, I believe, •without exception, encounter or run through swamps and other low places, where the only practicable mode of construction must be on trestle-work. "What did the parties mean when they used the word “
 
 completed
 
 ” in the bond ? Did they mean that, in every particular, however minute, the road should be perfect, before the defendant’s liability to pay should arise ? Did they use the word in its full and critical sense, thatno piece of iron or unsound sill should be found in the whole line of road ? Or did they use it in its plain, common-sense meaning ?
 
 Qtd bceret m litera, hceret m
 
 cortice, is an ancient maxim of the common law, and hence the rule, that the law in such a case as this, is satisfied with a substantial performance of the condition. 'When, therefore, it is said in the contract, that the road shall be completed to> Greenville Court House, and it is shown that the whole village is called by that name, and that the road is brought to the suburbs of the village, that part of the condition is complied with; and where it is shown that the whole of the road is finished so as to authorise the company to carry freight and passengers, and
 
 *520
 
 to demand and receive pay therefor, we'hold that the condition of the bond is complied with, and that in the language used, the road is completed to Greenville Court House.
 

 We concur with his Honor in the view he took of the case, and the judgment is affirmed.
 

 Per Curiam.
 

 Judgment affirmed.